HERBERT C. GILSON ET AL., RECEIVERS, v. WILLIAM R. APPLEBY.

Argued July 7, 1911—Decided November 21, 1911.

On error to the Supreme Court.

For the plaintiffs in error, *Merritt Lane.*

For the defendant in error, *Hartshorne, Insley & Leake.*

PER CURIAM.

Our opinion in *Gilson* v. *Appleby, ante p.* 400, expresses our view upon the questions involved in the case now under consideration; and that view leads to an affirmance of the judgment now before us.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, TRENCHARD, BERGEN, KALISCH, BOGERT, VREDENBURGH, CONGDON, WHITE, JJ. 10.

*For reversal*—None.